137 A.3d 532

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOSEPH MEZYNSKI, DEFENDANT–APPELLANT.

April 21, 2016.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.